2024R00381/VV

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Robert Kirsch |
| v. | : | Crim. No. 25-cr-017 |
| JOSHUA COBB | : | 18 U.S.C. § 875(c) |

### INFORMATION

The defendant having waived in open court prosecution by Indictment, the Acting United States Attorney for the District of New Jersey charges:

On or about December 17, 2022, in the District of New Jersey, and elsewhere, the defendant,

**JOSHUA COBB,**

knowingly transmitted in interstate commerce a communication, that is, a message on a social media platform, containing threats to injure members of the white community by shooting them with a firearm.

In violation of Title 18, United States Code, Section 875(c).

VIKAS KHANNA
Acting United States Attorney

RECEIVED
JAN 13 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

CASE NUMBER: 25-CR-17

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JOSHUA COBB

## INFORMATION FOR

18 U.S.C. § 875(c)

VIKAS KHANNA
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

VERA VARSHAVSKY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-4389